**Leo CALLIER, Plaintiff–Respondent,**

**v.**

**Scott CALLIER, et al., Defendants–Appellants.**

**No. 57001.**

Missouri Court of Appeals, Eastern District, Division Four.

June 26, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 1990.

James M. Martin, Kurt David Schultz, St. Louis, for defendants-appellants.

Alan C. Kohn, John A. Klobasa, Andrew M. Burns, St. Louis, for plaintiff-respondent.

**PER CURIAM:**

Defendants appeal from a summary judgment for plaintiff on his petition for dissolution of defendant Missouri corporation. We dismiss.

Defendants' sole point on appeal follows:

The trial court erred in granting [plaintiff's] motion to dismiss [defendants'] counter claim, in striking portions of [defendants'] pleadings and in granting summary judgment on behalf of [plaintiff].

The point fails to state wherein and why the court's rulings are erroneous, a fatal violation of Rule 84.04(d). *See, e.g., Thummel v. King,* 570 S.W.2d 679, 684–87 (Mo. banc 1978). Defendants have also failed to set out a fair and concise statement of the facts *without argument* in their brief, a violation of Rule 84.04(c). *See, Porter's Ready–Built, Inc. v. Plummer,* 685 S.W.2d 236, 237 (Mo.App.1985). It is appropriate for this Court to refuse to review an appeal based on a defective brief. *See, McKee v. Wilmarth,* 771 S.W.2d 955, 956–957 (Mo. App.1989).

Defendants' appeal is, therefore, dismissed.